**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fatemeh Ebrahimipour and Masoud Hakak Khadem,

Plaintiffs,

v.

Marco Rubio, *Secretary of State*; U.S. Department of State; Ur M. Jaddou, *Director of USCIS, U.S. Citizenship and Immigration Services*; David Allen, *in his official capacity as Deput Chief of Mission, U.S. Embassy in Yerevan*; Antony J. Blinken*, Secretary of State - sued in his official capacity*; and Richard R. Verma, *Deputy Secretary of State for Management and resources - sued in his official capacity*,

Defendants.

Civ. No. 25-3906 (JWB/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") in this matter on July 30, 2026. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The July 30, 2026 Report and Recommendation (Doc. No. 4) is **ACCEPTED**.

2. Plaintiffs' Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: September 25, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge